Mullooly,Jeffrey,Rooney &
Flynn LLP
6851 Jericho Tpke Ste 220
P.O. Box 9036
Syosset, NY 11791-9036


Plainview  Hospital
PO Box 4324
Manhasset, NY 11030